ALLEN KERN v. HENRY COOPER et al.

[64 South. 838.]

WITNESSES. *Estates of decedents. Competency. Code* 1906, *section* 1917.
    Under Code 1906, section 1917, prohibiting a witness from testify-
    ing to establish his own claim against the estate of a deceased
    person, where plaintiff brought suit in replevin against the
    son of deceased for certain property, in whose possession it had
    been since deceased's death, it was error to permit plaintiff
    to testify that the property had been given to them by the
    deceased.

APPEAL from the circuit court of Attala county.

HON. G. A. McLEAN, Judge.

Consolidated suits for replevin by Henry Cooper and
Della Kern against Allen Kern. From a judgment for
plaintiffs, defendant appeals.

The record in this case shows that Martha McCoy, an
aged negro woman, lived on a small tract of land which
she and her husband had occupied for many years. Her
husband, Joe McCoy, died in 1907, and Martha died in-
testate in 1910. At the time of her death she had a son,
Allen Kern, living on a tract of land adjoining. On an-
other adjoining tract there lived one Henry Cooper, who
claimed to be an illegitimate son of Joe McCoy. Living
with the old woman at the time of her death was a grand-
daughter, Della Kern, who was the daughter of appellant.
Some months after the death of Martha, Della instituted
a replevin suit for a mule owned by Martha in her life-
time, and Henry Cooper instituted replevin suit for an-
other mule owned by Martha. These mules were in the
possession of Allen Kern, and had been since the death of
his mother. On the trial the plaintiffs, appellees here,
were permitted, over the defendant's objection, to tes-
tify, in support of their respective claims to the mules,
that Martha McCoy had given the mules to them dur-

ing her lifetime. The cases were consolidated at the trial in the circuit court, and resulted in a judgment for plaintiffs, awarding them the mules replevied.

*Teat & Niles,* attorneys for appellant.

*J. G. Smythe,* attorney for appellees.

The record in this case is lost.

COOK, J., delivered the opinion of the court.

It was error to permit plaintiffs in replevin to testify as witnesses to establish their claims against the estate of a deceased person. Section 1917, Code, 1906; *Jackson* v. *Smith,* 68 Miss. 53, 8 So. 258; *Stanton* v. *Helm,* 87 Miss. 287, 39 So. 457.

*Reversed and remanded.*